

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VIOLATION OF GENERAL ORDER 06-03 AND LOCAL BANKRUPTCY RULE 5005-4 | BK. No. MI 10-00004 VZ<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST LINDA D. ROBERTS-ROSS (BAR No. 212773) FOR FAILING TO COMPLY WITH GENERAL ORDER 06-03 AND LOCAL BANKRUPTCY RULE 5005-4, INCLUDING:**<br><br>1) $50.00 PER DOCUMENT FILED NON-ELECTRONICALLY AFTER APRIL 15, 2010;<br><br>2) BEING BARRED FROM PRACTICE IN THE CENTRAL DISTRICT OF CALIFORNIA; and<br><br>3) BEING REFERRED TO THE STATE BAR OF CALIFORNIA FOR POSSIBLE FURTHER INVESTIGATION AND DISCIPLINE<br><br>DATE: July 13, 2010<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 1368<br>  Roybal Federal Building<br>  255 E. Temple Street<br>  Los Angeles, CA 90012 |

TO **LINDA D. ROBERTS-ROSS** AND THE UNITED STATES TRUSTEE:

On November 7, 2006, the United States Bankruptcy Court for the Central District of California (the "Court") entered **General Order 06-03**, titled "Filing, Signing and Verifying Documents by Electronic Means Using CM/ECF System". In Paragraph "3" of General Order 06-03, the Court ordered that:

> All attorneys and trustees practicing in the United States Bankruptcy Court for the Central District of California will be required to file all documents electronically using the CM/ECF system, except for those documents listed in the Administrative Procedures that must be filed conventionally. The Clerk of Court shall give reasonable notice of the requirement to file documents electronically using the CM/ECF system by public notice.

Attorneys were put on notice of the electronic filing requirement and that non-compliance with General Order 06-03 could result in sanctions via **Public Notice 07-003**, which reads in part:

> Effective April 1, 2007, attorneys who manually file documents capable of being filed electronically in five more bankruptcy cases and/or adversary proceedings in a single calendar year must thereafter use CM/ECF, the Court's electronic case filing system (see General Order 06-03). The Court will monitor compliance with this requirement. Failure to comply with the electronic filing requirement may result in an Order to Show Cause why sanctions or other consequences should not be imposed.

On January 5, 2009, Local Bankruptcy Rule ("LBR") 5005-4 became effective. LBR 5005-4 incorporates terms of General Order 06-03 regarding the mandatory electronic filing requirement and limited attorney exception. LBR 5005-4 states in part:

> (a)  **Mandatory Electronic Filing**. Except as provided in subsection (c) of this rule, all papers submitted in any case or proceeding must be filed electronically, signed or verified by electronic means in compliance with the court's CM/ECF Procedures contained in the Court Manual available from the clerk and on the court's website.
>
> . . . .
>
> (c)(2) **Limited Exception for Attorneys**.
>
> (A) An attorney who files papers in fewer than 5 bankruptcy cases or adversary proceedings in a single calendar year may

2

file and serve papers non-electronically.

(B) An attorney who files non-electronically papers capable of being filed electronically in 5 or more bankruptcy cases or adversary proceedings in a single calendar year *must thereafter* file papers electronically through the court's CM/ECF system.

Neither General Order 06-03 nor LBR 5005-4 contain an exception to the requirement that attorneys electronically file all documents via CM/ECF once an attorney reaches the five (5) case or adversary proceeding threshold in a single year (the "Threshold").

LBR 5005-4 also incorporates terms of General Order 06-03 regarding limited document exceptions and application of CM/ECF Administrative Procedures. LBR 5005-4 states in part:

> (c) **Exceptions to Mandatory Electronic Filing Requirement**.
>
> . . . .
>
> (3) <u>Paper Filed Under Seal</u>. A motion, paper submitted for filing under seal, and proposed order must be filed non-electronically pursuant to LBR 5003-2(c)(1).
>
> . . . .
>
> (b) **CM/ECF Procedures Control**. In the event of a conflict between these rules and the CM/ECF Procedures, the current version of the CM/ECF Procedures will control.

Effective January 5, 2009, the CM/ECF Administrative Procedures are contained in Section 3 of the Court Manual available on the court's website, www.cacb.uscourts.gov. Section 3-11(a) expands LBR 5005-4(c)(3) to provide a complete list of documents excepted from the electronic filing requirement ("Document Exception") and provides:

> **3-11. Exceptions to Mandatory Electronic Filing [LBR 5005-4]**
>
> (a) <u>Document Exception</u>. The following documents shall be filed conventionally and not electronically unless specifically authorized by the court:
>
> (1) Documents filed under seal;
> (2) Writs of Execution;
> (3) Abstracts of judgment;
> (4) Applications for renewals of judgments;

3

(5) Bonds; and
(6) Interpleader with attached checks.

Court records reflect that attorney **LINDA D. ROBERTS-ROSS** (the "Non-Complying Attorney") has violated General Order 06-03 by having reached the Threshold, yet the Non-Complying Attorney has continued to cause documents that do not qualify as a Document Exception to be filed manually at the intake window of the Clerk's Offices instead of electronically via CM/ECF. On February 12, 2010, the a notice was sent to the Non-Complying Attorney indicating that the Non-Complying Attorney must be in compliance no later than April 15, 2010, or face possible sanctions (see Exhibit A). Court records reflect that as of April 22, 2010, the Non-Complying Attorney had not completed the process to obtain a LIVE-login password, and/or was continuing to file documents non-electronically (see Exhibit B).

Based upon the foregoing, **IT IS ORDERED THAT**:

1) A hearing on this Order to Show Cause Why Sanctions Should Not be Imposed Against Non-Complying Attorney for Violation of General Order 06-03 and Local Bankruptcy Rule 5005-4 ("OSC") be held on <u>July 13, 2010 at 1:30</u> p.m. in courtroom 1368 of the Roybal Federal Building, 255 E. Temple Street, Los Angeles, California, 90012;

2) Possible sanctions which may be imposed including, but are not limited to:

    a) a $50.00 sanction for every document filed non-electronically by the Non-Complying Attorney after April 15, 2010, including documents filed manually at a clerk's office intake window or mailed to the court for manual filing;

    b) referral to the California State Bar for discipline;

    c) being barred from practicing law in the Central District of California Bankruptcy Court; and

3) No later than <u>June 22, 2010</u>, the Non-Complying Attorney must file a written response ("Response") to the OSC, and the Response must address the reasons why the Non-Complying Attorney has not been in compliance and the steps taken to be in compliance;

4) A Judge's Copy of the Response must be served in accordance with LBR 5005-2(d) and the Court Manual;

5) The Non-Complying Attorney must appear in person at the hearing on the OSC; and

6) Failure to comply with any requirement of the OSC may be deemed consent by the Non-Complying Attorney to any or all of the proposed sanctions.

**DATED:** 5/4/10

**VINCENT P. ZURZOLO**
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST LINDA D. ROBERTS-ROSS (BAR No. 212773) FOR FAILING TO COMPLY WITH GENERAL ORDER 06-03 AND LOCAL BANKRUPTCY RULE 5005-4** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF").** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of the date of entry of this order, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

NONE

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*(Served by Court Staff, not the Bankruptcy Noticing Center)*

**United States Trustee:**
U.S. Trustee, Los Angeles Division
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017
**ATTN: RON MAROKO**

**Non-Complying Attorney:**
Linda D. Roberts-Ross
4085 Brockton Ave
Riverside, CA 92501

**Certificate of Mailing:**
This order was sent via U.S. Mail on the date indicated below.

KATHY J. CAMPBELL, Clerk of Court

DATED: 5/4/10

5-5-10 Md

By: Deputy Clerk

6

2010 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | Exhibit A |
|---|---|
| Attorney Name: Linda Roberts-Ross | BAR ID No.: 212773 |

### NOTICE OF NONCOMPLIANCE WITH MANDATORY ELECTRONIC FILING PROVISIONS PURSUANT TO GENERAL ORDER 06-03 AND LOCAL BANKRUPTCY RULE 5005-4

☑ Registered CM/ECF User
☐ Non-Registered CM/ECF User

**NOTICE TO:** (Attorney's Name) Linda Roberts-Ross    AMENDED AS TO TIME FRAME ONLY

Our records indicate that you are not in compliance with the Court's mandatory electronic filing requirements. Local Bankruptcy Rule 5005-4 and General Order 06-03 require that attorneys who manually file papers capable of being filed electronically in five (5) or more bankruptcy cases or adversary proceedings in a single calendar year *must thereafter* file papers electronically through the court's Case Management/Electronic Case Files ("CM/ECF") system.

During the period  7/1/2009  to  12/31/2009  you filed  65  documents in five (5) or more cases or adversary proceedings, and  0  of these were filed electronically.

Beginning April 15, 2010, you must comply with Local Bankruptcy Rule 5005-4 and General Order 06-03, and **ALL** documents **MUST** be filed electronically using the Court's CM/ECF system, with the exception of documents listed in the Court Manual that must or may be filed conventionally.

The Court will monitor compliance with this requirement. Failure to comply with the electronic filing requirement by April 15, 2010, will result in an Order to Show Cause Why Sanctions Should Not Be Imposed ("OSC") against you for failure to comply with Local Bankruptcy Rule 5005-4 and General Order 06-03. (See sample OSC in Attachment A). The Court may impose sanctions of $50 for each document manually filed after April 15, 2010 and/or bar you from practice in our court.

If you have not started or completed the process of registering to become a CM/ECF user, you are encouraged to do so as soon as possible. To become a registered user, you must: (1) register on-line for CM/ECF training; (2) successfully complete all the required Electronic Learning Modules and quizzes (15 in all); (3) successfully complete the practice assignment; and (4) submit the practice assignment to receive a CM/ECF live login and password. Please note that it can take 45 days or longer to become a registered CM/ECF user. This includes the time needed by the Court to review all the submitted information and issue the necessary login and passwords. Therefore, we strongly urge you to act now to allow ample time to complete the process prior to April 15, 2010.

Information regarding the CM/ECF registration and training procedures is available on the Court's website at www.cacb.uscourts.gov. Click on **Electronic Systems & Status**, then click on **CM/ECF Home page**.

For questions regarding this notice, please contact the ECF Help Desk at (213) 894-2365, Monday through Friday, between 9:00 a.m. and 4:00 p.m.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the Notice of Noncompliance with Mandatory Electronic Filing Provisions Pursuant to the General Order 06-03 was mailed to the following party on  2/12/2010  .

(Attorney's name and address)
Linda D. Roberts-Ross
4085 Brockton Ave
Riverside, CA 92501

Dated: 2/12/2010                                    Kathleen J. Campbell, Clerk

                                                    By: /s/ Monica Drake
                                                    Deputy Clerk

# Attorneys' Non-ECF Documents Submitted
## 04/16/2010 TO 04/22/2010

Exhibit B

04/26/2010

| eDoc Description | Division | Case Num | Chap | Date Filed | Judge | Docket # | ECF ? |
|---|---|---|---|---|---|---|---|
| **Attorney: Linda Roberts-Ross (212773)** | | | | | | | |
| Financial Management Course | RS | 10-13174 bk | 7 | 04/20/2010 | PC | 10 | No |
| Certificate of Credit Counseling | RS | 10-21738 bk | 7 | 04/20/2010 | TD | 6 | No |
| Statement of Social Security Number(s) Form B21 | RS | 10-21738 bk | 7 | 04/20/2010 | TD | 3 | No |
| Certificate of Credit Counseling | RS | 10-21738 bk | 7 | 04/20/2010 | TD | 4 | No |
| Voluntary Petition (Chapter 7) | RS | 10-21738 bk | 7 | 04/20/2010 | TD | 1 | No |

**Total Non-ECF Documents:** 5