

**FILED & ENTERED**

**AUG 02 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** johnson **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VIOLATION OF GENERAL ORDER 06-03 AND LOCAL BANKRUPTCY RULE 5005-4 | MP No. 2:10-mp-00178 VZ<br>(Formerly MI 10-00004 VZ)<br><br>**ORDER TO NOT SANCTION LINDA D. ROBERTS-ROSS, SBN #212773, FOR FAILING TO COMPLY WITH GENERAL ORDER 06-03 AND LOCAL BANKRUPTCY RULE 5005-4**<br><br>Hearing Date on OSC<br>DATE:   July 13, 2010<br>TIME:   1:30 p.m.<br>PLACE: Courtroom 1368, Roybal Federal Building<br>            255 E. Temple St., Los Angeles, CA 90012 |

      On July 13, 2010, a hearing was held on an Order to Show Cause because **LINDA D. ROBERTS-ROSS, SBN # 212773,** was not in compliance with the mandatory electronic filing requirements of General Order 06-03 and Local Bankruptcy Rule 5005-4.  Based upon the findings and conclusions made at the hearing,

      **IT IS ORDERED** that cause has been shown and sanctions are not imposed against **LINDA D. ROBERTS-ROSS.**

###

DATED: August 2, 2010

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO NOT SANCTION LINDA D. ROBERTS-ROSS, SBN #212773, FOR FAILING TO COMPLY WITH GENERAL ORDER 06-03 AND LOCAL BANKRUPTCY RULE 5005-4** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF").** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **8/2/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

*(See NEF for confirmation of Electronic Transmission)*

**U.S. Trustee**: ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL.** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*(Served by Court Staff, not the Bankruptcy Noticing Center)*

**Non-Complying Attorney**:
Linda D. Roberts-Ross
4085 Brockton Ave.
Riverside, CA  92501

**Certificate of Mailing**:
This order was sent via U.S. Mail to the Non-Complying Attorney
on the date indicated below:

KATHY J. CAMPBELL, Clerk of Court

DATED: August 2, 2010                       /s/  Tina Johnson